IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DEVITO DURAN YOUNG<br>   a/k/a "BIG"<br>   a/k/a "BIG MAN"<br>TRACE DAVRIN WORKS<br>XIN WANG<br>ANDREAUS BENARD OLIVER, SR.<br>   a/k/a "DOOMIE OLIVER"<br>ANDREAUS BENARD OLIVER, JR.<br>   a/k/a "DRAY OLIVER", and<br>GAO YONG,<br><br>Defendants. | CASE NO. 3:25-CR-2 (TES) |

## ORDER TO UNSEAL

The Court having read the Motion to Unseal in this matter, and it appearing to the Court that the case should be unsealed,

IT IS ORDERED that the case by unsealed in its entirety.

SO ORDERED this 7th day of August, 2025.

_____
CHARLES H. WEIGLE
UNITED STATES MAGISTRATE JUDGE