UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| **United States of America,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | No. 3:25-CR-00002-001 |
| ) | |
| ) | |
| **Devito Duran Young,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

This matter is before the Court on counsel for Defendant Devito Young's motion to continue the trial and pretrial conference in this case, currently set for January 20, 2026 and December 3, 2025, respectively. (Dkt. 99 .) For good cause shown, the motion is hereby GRANTED.

The delay between the filing of Defendant's motion and the new schedule shall be excluded from Speedy Trial Act calculations because the Court finds that the reason for the delay is for good cause and will allow defense counsel sufficient time to prepare for her competing trials. The Court also finds that the delay caused by the requested continuance should be excluded from Speedy Trial Act calculations because the additional time is needed for adequate preparation and to prevent a miscarriage of justice and the ends of justice are served by granting

this continuance, in that they outweigh the best interests of the public and the defendants in a speedy trial. *See* 18 U.S.C. §§ 3161(h)(7)(A), 3161(h)(7)(B)(i) & (iv).

The clerk is DIRECTED to exclude this time from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A), 3161(h)(7)(B)(i) & (iv).

SO ORDERED, this __21__ day of November, 2025.

                        ___s/Tilman E. Self, III_____
                        **HON. TILMAN E. SELF III UNITED STATES DISTRICT JUDGE**