## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## ATHENS DIVISION

United States of America,                )
                                         )
            Plaintiff,                    )
                                         )      No. 3:25-cr-2-TES-CHW
Devito Duran Young,                       )
                                         )
            Defendant.                    )

## ORDER

This matter is before the Court on Defendant's Motion for Order Requiring the Butts County Sheriff's Office ("BCSO") to Allow Him Access to Electronic Discovery. (Dkt. 109.) For good cause shown, Mr. Young's motion is GRANTED. The BCSO is ORDERED to allow Counsel for Mr. Young to deliver a thumb drive containing the discovery in his case to the Sheriff of Butts County or his designated representative. Mr. Young shall be given access to the thumb drive and to a computer where he can review the materials on the thumb drive on a regular basis and for a reasonable amount of time.

IT IS SO ORDERED this **11** day of **Feb**, 2026.

HON. TILMAN E. SELF, III
UNITED STATES DISTRICT JUDGE